UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTAKE DESK, LLC,<br><br>　　　　Defendant. | Case No. 1:25-cv-10647-MJJ |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Intake Desk, LLC ("**Defendant**") hereby moves to dismiss Plaintiff Emily Teman's ("**Plaintiff**") Class Action Complaint (ECF No. 1; "**Complaint**").

For the reasons set forth in the accompanying Memorandum of Law, Defendant respectfully requests that this Court enter an order dismissing Plaintiff's Complaint with prejudice, awarding Defendant attorneys' fees and costs to the fullest extent permitted by law, and granting such further and additional relief as the Court deems just and proper.

Dated: May 14, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey B. Pertnoy*
　　　　　　　　　　　　　　　　　　　Jeffrey B. Pertnoy, Esq. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Florida Bar No. 91939
　　　　　　　　　　　　　　　　　　　jeffrey.pertnoy@akerman.com
　　　　　　　　　　　　　　　　　　　**AKERMAN LLP**
　　　　　　　　　　　　　　　　　　　Phone: (305) 374-5600
　　　　　　　　　　　　　　　　　　　Fax: (305) 659-6313

　　　　　　　　　　　　　　　　　　　*- and -*

Paul M. Kessimian (BBO # 660306)
James P. McGlone (BBO # 707486)
**PARTRIDGE SNOW & HAHN LLP**
40 Westminster Street, Suite 1100
Providence, RI  02903
(401) 861-8200
(401) 861-8210 FAX
pkessimian@psh.com
jmcglone@psh.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for Defendant has conferred with counsel for Plaintiff regarding this Motion in an attempt to resolve or narrow the issues contained herein.

*/s/ Jeffrey B. Pertnoy*
Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025 a true and correct copy of the foregoing was served *via* the Court's CM/ECF filing system.

*/s/ Jeffrey B. Pertnoy*
Attorney