UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | |
| v. | C.A. No. 1:25-cv-10647-MJJ |
| INTAKE DESK LLC, | |
| *Defendant*. | |

**DEFENDANT'S MOTION TO DISMISS
FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Intake Desk, LLC ("Defendant") hereby moves to dismiss Plaintiff Emily Teman's ("Plaintiff") First Amended Class Action Complaint (ECF No. 15; "Complaint").

For the reasons set forth in the accompanying Memorandum of Law, Defendant respectfully requests that this Court enter an order dismissing Plaintiff's Complaint with prejudice, awarding Defendant attorneys' fees and costs to the full extent permitted by law, and granting such further and additional relief as the Court deems just and proper.

DATED: June 11, 2025                    Respectfully submitted,

                                                    PARTRIDGE SNOW & HAHN LLP

                                                   */s/ James P. McGlone*
                                                   Paul M. Kessimian (BBO # 660306)
                                                   James P. McGlone (BBO # 707486)
                                                   40 Westminster Street, Suite 1100
                                                   Providence, RI  02903
                                                   (401) 861-8200
                                                   (401) 861-8210 FAX
                                                   pkessimian@psh.com
                                                   jmcglone@psh.com

                                                   AKERMAN LLP,

                                                   */s/ Jeffrey B. Pertnoy*
                                                   Jeffrey B. Pertnoy (***pro hac vice***)
                                                   Three Brickell City Centre
                                                   98 Southeast Seventh Street, Suite 1100
                                                   Miami, FL 33131
                                                   305-374-5600
                                                   305-374-5095 FAX
                                                   jeffrey.pertnoy@akerman.com

                                                   *Counsel for Intake Desk, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 11th day of June 2025, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                 */s/ James P. McGlone*
                                                 James P. McGlone (BBO # 707486)

4932-5945-1980