UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTAKE DESK, LLC,<br><br>Defendant. | Case No. 1:25-cv-10647-MJJ |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT

Defendant Intake Desk, LLC (**"Defendant"**) hereby moves for leave to file the attached Reply Memorandum, *see* **Exhibit A** (**"Proposed Reply"**), in support of its Motion to Dismiss Plaintiff Emily Teman's **("Plaintiff")** First Amended Class Action Complaint (ECF No. 15; "Complaint").

As good cause for this Motion, Defendant states as follows:

1. The Proposed Reply complies this Court's Standing Order Regarding Motion Practice, dated August 31, 2023, which allows the moving party to "file a reply as of right" in support of all dispositive motions.

2. The Proposed Reply complies with the length requirements of the Court's Standing Order and has been timely filed here, seven (7) days after the filing of Plaintiff's Opposition.

3. The Proposed Reply will assist the Court in deciding Defendant's Motion, because it address the arguments raised in Plaintiff's Opposition without rehashing the arguments already set forth in Defendant's Motion to Dismiss.

4. Plaintiff takes no position on this Motion.

DATED: July 23, 2025

Respectfully submitted,

PARTRIDGE SNOW & HAHN LLP

*/s/ James P. McGlone*

Paul M. Kessimian (BBO # 660306)
James P. McGlone (BBO # 707486)
40 Westminster Street, Suite 1100
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
pkessimian@psh.com
jmcglone@psh.com

AKERMAN LLP,

*/s/ Jeffrey B. Pertnoy*

Jeffrey B. Pertnoy (***pro hac vice***)
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
305-374-5600
305-374-5095 FAX
jeffrey.pertnoy@akerman.com

*Counsel for Intake Desk, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the July 23, 2025, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ James P. McGlone*
James P. McGlone (BBO # 707486)

4899-2802-4407