IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMILY TEMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**INTAKE DESK LLC**<br><br>*Defendant.* | Case No. 25-cv-10647 |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within forty-five days.

.

Dated: July 29, 2025          PLAINTIFF,


*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I filed the foregoing through the Court's CM/ECF system.

By: */s/ Anthony Paronich*