UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Emily Teman,**

**V.**                              CIVIL ACTION NO. 1:25-cv-10647-MJJ

**Intake Desk LLC.**


### SETTLEMENT ORDER OF DISMISSAL


**JOUN, D.J.**


The Court have been advised that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is hereby dismissed,

without costs and without prejudice to the right, upon good

cause shown within **forty-five (45) days,** to reopen the action if,

settlement is not consummated.




                                    /s/ Steve K. York
July 29, 2025                       --------------------------
                                        **Deputy Clerk**